1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C. et al., | **Case No. 2:11-cv-07376-GAF-SS** |
| Plaintiffs, | **FINAL JUDGMENT AND PERMANENT INJUNCTION** |
| v. | |
| JAMES TERRAZAS, | |
| Defendant. | |

On February 9, 2012, the Court granted the motion for default judgment filed by Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC (collectively, "DISH Network"). (Docket No. 12.)  The Court now enters this final judgment and permanent injunction against Defendant James Terrazas and orders as follows:

(1) Defendant and anyone acting in active concert or participation with, or at the direction or control of Defendant, is hereby permanently enjoined from:

A. circumventing or assisting others in circumventing DISH Network's security system, or otherwise intercepting or assisting others in

intercepting DISH Network's satellite signal;

        B.    testing, analyzing, reverse engineering, manipulating, or otherwise extracting codes, data, or information from DISH Network's satellite receivers, smart cards, satellite data stream, or any other part or component of the DISH Network security system.

    (2)    This permanent injunction takes effect immediately.

    (3)    Judgment is entered in favor of DISH Network on Count III of the complaint alleging violations of 18 U.S.C. §§ 2511(1)(a) and 2520.

    (4)    Statutory damages in the amount of $10,000 are awarded to DISH Network in accordance with 18 U.S.C. § 2520(c)(2)(B).

    (5)    Attorney's fees in the amount of $1,200 are awarded to DISH Network in accordance with 18 U.S.C. § 2520(b)(3) and L.R. 55-3.

    (6)    Counts I and II of the complaint are dismissed with prejudice.

    (7)    The Court retains jurisdiction over this action for a period of two years for the purpose of enforcing this final judgment and permanent injunction.

**IT IS SO ORDERED**.

Dated: March 29, 2012

_____
Judge Gary Allen Feess
United States District Judge